**Case #:** 11-2022-CA-001070-0001-XX

**Offense Date:**

**Party Name/Company:** Exclusive Group Holdings Inc,

**File Date:** 06/25/2022

**Party Type:** Plaintiff

**Status:** Pending

**Name Suffix:**

**Case Type:** Insurance Claim

**DOB:**

**Court Type:** CA

**Citation #:**

## Court Events

| Date | Time | Event Type | Location | Room | Notes |
|------|------|-----------|----------|------|-------|
| No records found |||||

## Parties

**Judge:** Hayes, Hugh D

| Party Name/Company | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # |
|---|---|---|---|---|---|---|---|
| National Union Fire Insurance Co Of Pittsburgh Pennsylvania 👤 () | Defendant | | | | | | |
| Doe Corporation 1 | Defendant | | | | | | |
| Doe Corporation 2 | Defendant | | | | | | |
| Doe Corporation 3 | Defendant | | | | | | |
| Doe Corporation 4 | Defendant | | | | | | |
| Doe Corporation 5 | Defendant | | | | | | |
| Doe Corporation 6 | Defendant | | | | | | |
| Doe Corporation 7 | Defendant | | | | | | |
| Exclusive Group Holdings Inc 👤 () | Plaintiff | | | | | | |

## Charges

| Statute # | Count | Description | Disposition Date | Sentence | Offense Date | Citation # | Offense Level | Plea Date | Court Action | Prosecutor Action |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | | 06/25/2022 | | | | | |

## Dockets

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| | 1 | 06/25/2022 | 0 | Insurance Claim |

**EXHIBIT B**

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 2 | 06/25/2022 | 0 | Civil Cover Sheet with Demand for Jury Trial |
| ☐ | 3 | 06/25/2022 | 0 | Complaint with Demand for Jury Trial |
| ☐ | 4 | 06/25/2022 | 0 | Standing Order - Circuit |
| ☐ | 5 | 06/27/2022 | 0 | Paid $407.50 on receipt 1287976, Fully Paid |
| ☐ | 6 | 06/27/2022 | 0 | Summons issued |
| ☐ | 7 | 06/28/2022 | 0 | Paid $10.00 on receipt 1288290, Fully Paid |
| ☐ | 8 | 06/30/2022 | 0 | Notice of Service of Process by Chief Financial Officer for National Union Fire Insurance Co Of Pittsburgh Pennsylvania, on 06/30/2022 |
| ☐ | 9 | 07/13/2022 | 0 | Notice Of Appearance And Designation Of Email Address By Messina, Catriana Nicole And Rinaldi, Michael For National Union Fire Insurance Co Of Pittsburgh Pennsylvania |
| ☐ | 10 | 07/15/2022 | 0 | Notice of Service of Process by Chief Financial Officer for National Union Fire Insurance Co Of Pittsburgh Pennsylvania, on 07/06/2022 |
| ☐ | 11 | 07/22/2022 | 0 | Motion for Extension of Time to Respond to Complaint/Petition - by National Union Fire Insurance Co Of Pittsburgh Pennsylvania |
| ☐ | 12 | 07/25/2022 | 0 | Notice of Production from Non-parties |
| ☐ | 13 | 08/04/2022 | 0 | Objection to Notice of Production |
| ☐ | 14 | 08/04/2022 | 0 | Notice Of No Opposition To Request For Extension Of Time By Exclusive Group Holdings Inc |

## Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| | | | No records found | | | | |

## Fees

### Fees

*Total Balance + Interest: $0.00*

(The fees listed below do not necessarily reflect all outstanding fees on the case. For complete balance information, please contact the Clerk's office.)

| Effective Date | Due Date | Description | Amount Due | Amount Paid | Balance | In Collections | In Judgment | Judgment Interest |
|---|---|---|---|---|---|---|---|---|
| 06/27/2022 | 06/27/2022 | Circuit Civil General | $407.50 | $407.50 | $0.00 | | | $0.00 |
| 06/27/2022 | 06/28/2022 | Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| | | | $417.50 | $417.50 | $0.00 | | | $0.00 |

### Fees

| Plan # | Scheduled Pay Amount | | Balance Due | PP |
|---|---|---|---|---|
| | | No records found | | |